# 1126

HOAG, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Sidney S. Hoag against James E. Reynolds. W. B. Wait, Jr., for appellant. Arnold L. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOLSER, Respondent, v. AMERICAN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Charles Holser against the American Bridge Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOOGHKERK, Respondent, v. ROCKENSTYRE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Rosina Barris Hooghkerk against Charles B. Rockenstyre, as executor, etc., of Fred Barris, deceased, and others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and plead anew upon payment of costs of demurrer and of the appeal.

HOWARD et al., Respondents, v. CORN, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Neil R. Howard and another against Henry Corn. G. Hahn, for appellant. W. Byrd, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

HUGHES, Appellant, v. NEW YORK EVENING POST CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Alfred Hughes against the New York Evening Post Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Does the complaint herein state facts sufficient to constitute a cause of action?

HUNTER v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by William R. Hunter against the Mutual Reserve Life Insurance Company. No opinion. Application granted. Order signed.

INTERNATIONAL AMUSEMENT & REALTY CO., Appellant, v. STITT, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Action by the International Amusement & Realty Company against Samuel R. Stitt. R. S. Ransom, for appellant. F. W. Block, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ISAACS, Respondent, v. HOSPITAL OF THE GOOD SHEPHERD OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Marion Isaacs against the Hospital of the Good Shepherd of Syracuse. No opinion. Judgment affirmed, with costs.

JACOBS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Pauline Jacobs against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

JENKS, Appellant, v. BEARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Edward A. Jenks against William Beard and Jeremiah R. Beard, trustees, etc., of William Beard, deceased.

PER CURIAM. Order modified by inserting a provision requiring the defendants as a condition of the granting of the new trial to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order, and, as modified, affirmed, with costs; otherwise, order reversed, and judgment directed on the verdict, with costs.

HIRSCHBERG, P. J., and RICH, J., vote to reverse the order and reinstate the verdict.

In re JEWELL. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) In the matter of the application of Cuthbert W. Jewell for admission to the bar. No opinion. Application granted.

JOHNSON v. BRADY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Louisa Johnson against Nicholas T. Brady. No opinion. Judgment and order affirmed, with costs.

JOHNSON v. BRADY. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Louisa Johnson against Nicholas T. Brady. No opinion. Motion denied. Order filed.

JOLIFFE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Charles C. Joliffe against John L. Miller. W. B. Price, for appellant. F. C. Scofield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAUFMANN v. JONES. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Richard S. Kaufmann against Richard A. Jones. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and answer on payment of costs. Appeal from order dismissed, with costs.

KEATING, Respondent, v. COON, Appellant. (Supreme Court, Appellate Division, Fourth De-